UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

TODD KREISLER,

                  Plaintiff,

      -against-

MCDONALD'S CORPORATION,
a Foreign corporation, and
MARC DILORENZO, TRUSTEE,

                  Defendants.

————————————————————————X

**Civil Action No.: 09 Civ. 9358 (DAB) (KNF)**
**ECF CASE**

**MOTION TO ADMIT COUNSEL**
**PRO HAC VICE**

     PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Adam T. Shore, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of B. Bradley Weitz, Esq., The Weitz Law Firm, P.A., 18305 Biscayne Boulevard, Aventura, Florida 33160, (t) 305-949-7777, (f) 305-704-3877, as co-counsel on behalf of TODD KREISLER in the above captioned case.

     B. Bradley Weitz is a member in good standing of the Bar of the State of Florida, the United States District Courts for the Southern and Middle Districts of Florida, the Bar of the District of Columbia, the United States Court of Appeals for the Eleventh Circuit, and the United States Supreme Court. There are no pending disciplinary proceedings against B. Bradley Weitz in any State or Federal Court.

Dated: White Plains, York
       March 8, 2010

Respectfully submitted,

By: _____

Adam T. Shore, Esq. (AS4825)
Law Office of Adam Shore
15 Bank Street, #111L
White Plains, New York
(t) 914-329-1626
(f) 914-358-4109
atsesq@gmail.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————X

TODD KREISLER,

                              Plaintiff,

       -against-

MCDONALD'S CORPORATION,
a Foreign corporation,
MARC DILORENZO, TRUSTEE,

                            Defendants.
————————————————————————X

**Civil Action No.: 09 Civ. 9358 (DAB) (KNF)
ECF CASE**

**AFFIDAVIT OF ADAM T. SHORE, ESQ.
IN SUPPORT OF MOTION TO ADMIT
<u>COUNSEL PRO HAC VICE</u>**

Adam T. Shore, being duly sworn, hereby deposes and states as follows:

1.      I am counsel for the Plaintiff in the above captioned action. As such, I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit B. Bradley Weitz as counsel pro hac vice to represent Plaintiff as co-counsel in this matter.

2.      I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 2004. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3.      I have known B. Bradley Weitz since 2005.

4.      Mr. Weitz is the President and Managing Attorney at The Weitz Law Firm, P.A., in Aventura, Florida.

5.      I have found Mr. Weitz to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6.      Accordingly, I am pleased to move the admission of B. Bradley Weitz, pro hac vice.

7.      I respectfully submit a proposed order granting the admission of B. Bradley Weitz, pro hac vice, which is attached hereto as Exhibit "A".

WHEREFORE it is respectfully requested that the motion to admit B. Bradley Weitz, pro hac vice, to represent the Plaintiff as co-counsel in the above captioned matter, be granted.

Dated:  White Plains, New York
         March 3, 2010

ANN EAGAN IVAN
Notary Public - State of New York
No. 01IV6061117
Qualified in Queens County
My Commission Expires July 9, 2011

Notarized: 3/3/10

Respectfully submitted,

By: _____

Adam T. Shore, Esq.  (AS4825)



# The Florida Bar

JOHN F. HARKNESS, JR.
EXECUTIVE DIRECTOR

651 EAST JEFFERSON STREET
TALLAHASSEE, FLORIDA 32399-2300

850/561-5600
WWW.FLORIDABAR.ORG

State of Florida            )

County of Leon            )

In Re:    479365
B Bradley Weitz
The Weitz Law Firm, P.A.
18305 Biscayne Blvd., Ste. 214
Aventura, FL

I HEREBY CERTIFY that I am the duly appointed custodian of membership records of The Florida Bar.

I FURTHER CERTIFY that the records in the office of the Clerk of the Supreme Court of Florida indicate that said attorney was admitted to practice law in the State of Florida on April 23, 2001.

I FURTHER CERTIFY that the records in the office of The Florida Bar indicate that the above attorney is a member of The Florida Bar in good standing.

Dated this ___17TH___ day of February, 2010.

Willie Mae Shepherd
Supervisor, Membership Records
The Florida Bar

WMS/EC:R10



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
#### Washington, D. C. 20001
##### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

B. BRADLEY WEITZ

was on the   3RD   day of   DECEMBER, 2001

duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

> In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on February 25, 2010.

> GARLAND PINKSTON, JR., CLERK

> By: _____
> Deputy Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————X

TODD KREISLER,

                Plaintiff,

    -against-

MCDONALD'S CORPORATION,
a  Foreign corporation, and
MARC DILORENZO, TRUSTEE,

                Defendants.
————————————————————————X

**Civil Action No.: 09 Civ. 9358 (DAB) (KNF)**
**ECF CASE**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion to Admit Counsel

Pro Hac Vice and its Exhibit was served by overnight mail upon Theo E. M. Gold, Esq., Littler

Mendelson, P.C., Attorney for McDonald's Corporation, 900 Third Avenue, 7th Floor, New

York, New York 10022, this 8th day of March, 2010.

                       By:   _____
                              Adam T. Shore, Esq.  (AS4825)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
————————————————————————X

TODD KREISLER,

                Plaintiff,

    -against-

MCDONALD'S CORPORATION
a Foreign corporation,
MARC DILORENZO, TRUSTEE,

              Defendants.
————————————————————————X

**Civil Action No.: 09 Civ. 9358 (DAB) (KNF)**
**ECF CASE**

**ORDER FOR ADMISSION**
**PRO HAC VICE ON**
**WRITTEN MOTION**

Upon the motion of Adam T. Shore, attorney for TODD KREISLER, and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | B. Bradley Weitz, Esq. |
| Firm Name: | The Weitz Law Firm, P.A. |
| Address: | 18305 Biscayne Boulevard |
| City/State/Zip: | Aventura, Florida 33160 |
| Phone #: | 305-949-7777 |
| Fax #: | 305-704-3877 |
| Email address: | weitzfirm@gmail.com |

is admitted to practice pro hac vice as co-counsel for TODD KREISLER in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF)

system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated:  New York, New York

_____

                              By:  _____
                                        Honorable Deborah A. Batts
                                        United States District Judge