UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
TODD KREISLER,

        Plaintiff,                     **Civil Action No. 09 Civ. 9358 (DAB)(KNF)**
                                                        ECF CASE

       v.

MCDONALD'S CORPORATION,
a Foreign corporation, and
CHRISNICK FOODS CORP.,
a New York corporation, and
MARC DILORENZO, TRUSTEE,

        Defendants.

--------------------------------------------------------X

## NOTICE OF CHANGE OF ADDRESS

      Pursuant to Local Rule 1.3 (d) of this Court, please take notice of the change of address for the undersigned attorney. I will remain as lead counsel for the Plaintiff in the above entitled case. The undersigned attorney's new office address, telephone number and facsimile number are as follows:

      Adam T. Shore, Esq.
      Law Office of Adam Shore
      100 Park Avenue, Suite 1600
      New York, New York 10017
      (t) 646-476-4296
      (f) 646-390-7422
      atsesq@gmail.com

Respectfully submitted this 2nd day of August 2010.

                                                             ADAM T. SHORE, ESQ. (AS4825)